# IOWA COURT OF APPEALS

| | | | |
|---|---|---|---|
| State v. Bauer | 14–2139 | 03/08/2017 | Affirmed |
| Gilmore v. State | 15–1288 | 03/08/2017 | Affirmed |
| State v. Ward | 15–1471 | 03/08/2017 | Reversed and Remanded |
| Wright v. State | 15–1530 | 03/08/2017 | Affirmed |
| Adams, In re Detention of | 15–1539 | 03/08/2017 | Affirmed |
| Brown v. State | 15–1574 | 03/08/2017 | Affirmed |
| State v. Bradley | 15–1774 | 03/08/2017 | Affirmed |
| Richter v. State | 15–1800 | 03/08/2017 | Affirmed |
| Garcia v. State | 15–1817 | 03/08/2017 | Affirmed |
| State v. Hopper | 15–1855 | 03/08/2017 | Affirmed |
| Ciric v. State | 15–1860 | 03/08/2017 | Affirmed |
| Hjelmeland v. Collins | 15–1901 | 03/08/2017 | Affirmed |
| State v. Perry | 15–1949 | 03/08/2017 | Affirmed |
| Nebel v. Lott | 15–2035 | 03/08/2017 | Affirmed in part and Reversed in part |
| State v. Taylor | 15–2128 | 03/08/2017 | Affirmed |
| NDA Farms, L.L.C. v. City of Ames through Ames Municipal Electric System | 16–0028 | 03/08/2017 | Affirmed |
| State v. Hall | 16–0091 | 03/08/2017 | Appeal Dismissed |
| Carlsen v. Noble | 16–0120 | 03/08/2017 | Affirmed |
| State v. Todd | 16–0149 | 03/08/2017 | Affirmed |
| State v. Young | 16–0154 | 03/08/2017 | Affirmed |
| Four Oaks Family and Children's Services v. Iowa Department of Education, Bureau of Nutrition and Health Services | 16–0163 | 03/08/2017 | Reversed |
| McCrea v. City of Dubuque | 16–0183 | 03/08/2017 | Affirmed |
| Repp–Danis, In re Marriage of | 16–0251 | 03/08/2017 | Affirmed |
| Bradley v. State | 16–0263 | 03/08/2017 | Affirmed |
| Jobes, In re Marriage of | 16–0338 | 03/08/2017 | Affirmed |
| B.E.W., Matter of Guardianship of | 16–0358 | 03/08/2017 | Affirmed |
| State v. Bol | 16–0370 | 03/08/2017 | Affirmed and Remanded |